IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IZEH MATTHEW,
    Plaintiff,

v.                                                                    Civil No. 3:22cv372 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter requesting the Court to send him a form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 1.) By Memorandum Order entered on May 18, 2022, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 2.) The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice under Federal Rule of Civil Procedure 41.

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                             /s/
                                                          David J. Novak
                                                          United States District Judge

Richmond, Virginia
Dated: June 22, 2022